# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>MARK WHEELER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br>3:23-MJ-00017-CHW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 23, 2023** in the county of **Walton** in the **Middle** District of **Georgia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC 3631(a) | Interference with Housing |
| 18 USC 924(c)(1)(A) | Use of a Firearm in Furtherance of Crime of Violence |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Skylar D. Barnes, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: October 2, 2023

_____
Judge's signature

City and state: Macon, Georgia

Charles H. Weigle, Magistrate Judge
Printed name and title