IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK WHEELER,<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00021-TES-CHW** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Mark Wheeler's Unopposed Motion to Continue

Trial [Doc. 44]. On October 2, 2023, a Complaint was filed against Defendant. [Doc. 1].

On October 5, 2023, the magistrate judge held a preliminary hearing and detention

hearing, in which the judge ordered that the Defendant remain in custody until further

proceedings. *See* [Doc. 39]; [Doc. 16]; [Doc. 17]. On October 24, 2023, Defendant was

indicted for Interference with Housing in violation of 42 U.S.C. § 3631(a) and Possession

of a Firearm in violation of 18 U.S.C. § 924(c)(1)(A). [Doc. 21]. Subsequently, following

the indictment and a not-guilty plea [Doc. 30], the Defendant filed a sealed Request for

Reconsideration of Detention [Doc. 27], which Judge Weigle granted, and the Defendant

was released from custody [Doc. 31]. On November 8, 2023, the Court held a hearing

reconsidering the magistrate judge's release order and denied the Government's Motion

for Review of Release [Doc. 38]. *See* [Doc. 41].

Defendant now seeks to continue trial because counsel retained the expert services of Dr. Deepti Bhasin, who conducted a Mental Health Evaluation of Defendant Wheeler and determined that he is not currently competent to stand trial. [Doc. 44, pp. 1–2]. Dr. Bhasin would like to reevaluate Defendant in 30 days to determine his restorability to competency. [*Id.* at p. 2]. The Government is unopposed to the motion. [*Id.*] So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 44], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term—beginning February 26, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 20th day of November, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**