IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MARK WHEELER,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00021-TES-CHW** |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Mark Wheeler's Second Unopposed Motion to Continue Trial [Doc. 47]. On November 20, 2023, the Court granted Defendant's First Motion to Continue Trial [Doc. 44] because counsel was awaiting Dr. Deepti Bhasin to reevaluate Defendant Wheeler's restorability to mental competency 30 days after finding that he was not competent to stand trial. [Doc. 45, p. 2].

Defendant now seeks a second continuance because although Dr. Bhasin has conducted the reevaluation, counsel has yet to receive the report. [Doc. 47, p. 2]. Additionally, the Probation Office conducted a competency review as part of Defendant's bond conditions, and counsel likewise has not yet received that report. [*Id.*]. The Government is unopposed to the motion. [*Id.*] So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Second Motion to Continue [Doc. 47], and this case and its pretrial conference are **CONTINUED** to the Court's April trial term—

beginning April 22, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 16th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
