**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**MARK WHEELER**

**Case No.: 3:23-CR-00021-TES-CHW**

### MOTION TO STAY VOLUNTARY SURRENDER

**COMES NOW**, the defendant, Mark Wheeler, by and through undersigned counsel, and moves this Court to stay the Voluntary Surrender of Mr. Wheeler pending the Eleventh Circuit Court of Appeal's decision of his appeal of the Order of Commitment (Doc. 57).

In support of this motion, Mr. Wheeler shows as follows:

1.  A criminal complaint was filed against Mr. Wheeler on October 2, 2023 alleging a violation of 42 U.S.C. §3631(a) (Interference with Housing) and 18 U.S.C. §924(c)(1)(A) (Use of a Firearm in Furtherance of Crime of Violence) (Doc. 1) An arrest warrant was issued and Mr. Wheeler had his initial appearance on October 3, 2023. A detention hearing and preliminary hearing were held on October 5, 2023. (Doc. 16). Mr. Wheeler was ordered detained. (Doc. 17).

2.  On October 24, 2023, the indictment was formally filed against Mr. Wheeler. (Doc. 21). On October 31, 2023, Mr. Wheeler filed a Motion to Reconsider Order of Detention. (Doc. 27).

1

3.  Mr. Wheeler had his arraignment on November 1, 2023 and entered his not guilty plea. (Doc. 30). Mr. Wheeler's Motion to Reconsider Order of Detention was granted and he was released on an unsecured bond. (Doc. 31, 32).

4.  On April 9, 2024, the government filed a Motion for Mental Examination and Competency Hearing. (Doc. 49). On April 25, 2024 a competency hearing was held to determine whether Mr. Wheeler was competent to stand trial. The district court then ordered that both parties file a response to the government's Motion for Mental Examination. (Doc. 53). Mr. Wheeler filed his response on May 30, 2024 and the government filed their response on May 31, 2024. (Docs. 55, 56).

5.  The district court issued its Order of Commitment on June 5, 2024. (Doc. 57). In its Order, the district court notes: " [E]ven though this Court has heard compelling evidence that alcohol detox upon incarceration would worsen, even hasten, Defendant's irreversible cognitive decline (potentially causing delirium), the Court nonetheless must turn him over to the Bureau of Prisons for up to four months." (Doc. 57 at 2). The district court ordered Mr. Wheeler to be committed to the custody of the Attorney General.

6.  Mr. Wheeler filed a notice of appeal of the district court's order with the Eleventh Circuit Court of Appeals on June 18, 2024. (Doc. 59).

7.  Due to Mr. Wheeler's pending appeal of the district court's Order of Commitment, Mr. Wheeler respectfully requests that this court issue an

order staying his voluntary surrender until the Eleventh Circuit Court of Appeals has issued a ruling on his appeal.

8.    Mr. Wheeler is currently out of custody and has not received a designation location or self-surrender date. [1] Further, there is currently a significant wait list for inmates to be placed at a BOP Medical Center for competency restoration. [2] Mr. Wheeler has complied with his conditions of release, is currently living with family, is not a danger to anyone, and is not a flight risk.

Due to his mental health conditions and pending appeal, Mr. Wheeler respectfully requests that this Court issue an Order staying his voluntary surrender until the Eleventh Circuit has ruled on his appeal.

Dated this 27th day of June 2024.

Respectfully submitted,

**s/Jessica M. Lee**
JESSICA M. LEE
Assistant Federal Defender
GA Bar No. 889820
Federal Defenders of the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901
Tel:  (706) 358-0030
Fax: (706) 358-0029
Email:  jessy_m_lee@fd.org

---

[1] Undersigned counsel contacted the U.S. Marshals and verified that Mr. Wheeler has not received a self-surrender date nor placement as of the date of this motion.

[2] Undersigned counsel inquired from the U.S. Marshals the current wait list for BOP Butner, one of the possible prisons who administer competency restorations, and the wait list is currently at 42 inmates.

## CERTIFICATE OF SERVICE

I, Jessica M. Lee, hereby certify that on June 27, 2024 I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

**s/Jessica M. Lee**
JESSICA M. LEE
Assistant Federal Defender
GA Bar No. 889820
Federal Defenders of the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901
Tel:  (706) 358-0030
Fax: (706) 358-0029
Email:  jessy_m_lee@fd.org

4