**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORIGA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:23-CR-21-TES-CHW** |
| | : | |
| **v.** | : | |
| | : | |
| **MARK WHEELER** | : | |
| | : | |

**MOTION TO DISMISS**

COMES NOW the United States of America, by and through its attorneys, the United States Attorney for the Middle District of Georgia and the Assistant Attorney General for the Civil Rights Division, and moves for leave of Court to dismiss the indictment against Mark Wheeler, pursuant to Federal Rule of Criminal Procedure 48(a).  As good cause, the Government shows that the Defendant is now deceased.

WHEREFORE, the Government respectfully requests that the Court dismiss the indictment pending against Mark Wheeler.

Respectfully submitted, this 28th day of January 2026.

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

BY:   */s/ Anita T. Channapati*

    ANITA T. CHANNAPATI
    Trial Attorney
    New York Bar No. 4060299
    Civil Rights Division
    Criminal Section
    150 M St NE
    Washington, DC 20530
    Telephone: (202) 353-1219
    Email: anita.channapati@usdoj.gov

WILLIAM R KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY:   *s/ Daniel W.A. Peach*

    DANIEL W.A. PEACH
    Assistant United States Attorney
    Georgia Bar No. 896694
    United States Attorney's Office
    Middle District of Georgia
    P.O. Box 1702
    Macon, Georgia 31202
    Telephone: (478) 752-3511
    E-mail: daniel.peach2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, ANITA T. CHANNAPATI, Trial Attorney, hereby certify that on the 28th day of January 2026, I filed the within and foregoing *Motion to Dismiss* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

BY:    */s/ Anita T. Channapati*

ANITA T. CHANNAPATI
Trial Attorney
New York Bar No. 4060299
Civil Rights Division
Criminal Section
150 M St NE
Washington, DC 20530
Telephone: (202) 353-1219
Email: anita.channapati@usdoj.gov